JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
Counsel for Wage and Hour
LAURA C. BREMER (SBN 162900)
Trial Attorney
JESSICA M. FLORES (SBN 294060)
Trial Attorney
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7757
Facsimile: (415) 625-7772
Email: bremer.laura@dol.gov

Attorneys for Plaintiff, Thomas E. Perez, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS E. PEREZ**, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**FATIMA/ZAHRA, INC., d/b/a LAKE ALHAMBRA ASSISTED LIVING CENTER**, a California corporation; **MEHRANGIZ SARKESHIK**, an individual; and, **ABOLFAZL SARKESHIK**, an individual,<br><br>Defendants. | Case No.: 4:14-cv-02337-CW<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DECLARATIONS UNDER SEAL IN SUPPORT OF THE SECRETARY'S MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor (the "Secretary"), filed an administrative request pursuant to Local Civil Rule 79-5 for leave to file three declarations under seal in support of the Secretary's motion for preliminary injunction.

*(Proposed) Order Granting Leave to File Documents Under Seal*

*Page 1*

| 1 | Sealed Confidential Declaration 1 |
|---|---|
| 2 | Sealed Confidential Exhibit F to Declaration 1 |
| 3 | Sealed Confidential Declaration 2 |
| 4 | Sealed Confidential Exhibit G to Declaration 2 |

Having considered this matter based on the papers before me, I find and order as follows:

The three declarations are protected by the government informant's privilege and entitled to be filed under seal in order to protect the identity of confidential informants.

The Court denies the request and the underlying declarations shall be disposed without filing and withdrawn from the record.

**IT IS SO ORDERED**.

Dated this  9th  day of _____ June , 2014.

_____
UNITED STATES DISTRICT JUDGE

*(Proposed) Order Granting Leave to File Documents Under Seal*

*Page 2*