IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>FATIMA/ZAHRA, INC., d/b/a LAKE ALHAMBRA ASSISTED LIVING CENTER, a California corporation; MEHRANGIZ SARKESHIK, an individual; and ABOLFAZL SARKESHIK, an individual;<br><br>    Defendants.<br>_____/ | No. C 14-2337 CW<br>ORDER TO SHOW CAUSE AND SETTING EXPEDITED BRIEFING SCHEDULE<br><br>(Docket Nos. 22, 23) |

    On June 20, 2014, the Court granted Plaintiff Thomas E. Perez's motion for a preliminary injunction.  Plaintiff now moves for an order to show cause why Defendants Fatima/Zahra, Inc., d/b/a Lake Alhambra Assisted Living Center, Mehrangiz Sarkeshik, and Abolfazl Sarkeshik should not be held in contempt of court.  Docket No. 23.  Plaintiff's filing referred to a Memorandum of Points and Authorities in support of the motion, but did not include any such Memorandum.  While Plaintiff raises concerns justifying an expedited order to show cause hearing, Plaintiff's proposed schedule does not allow sufficient time for Defendants to respond.  Accordingly, the Court sets the following schedule.

    Plaintiff shall file his Memorandum of Points and Authorities in support of his contempt motion no later than June 24, 2014.

Defendants shall file an opposition no later than June 27, 2014. Plaintiff shall file a reply no later than June 30, 2014.

Defendants are HEREBY ORDERED to appear in person on July 3, 2014, at 2:00 PM at Courtroom 2 of the United States District Court for the Northern District of California, Oakland Division, located at 1301 Clay Street, Oakland, California, 94612, to show cause why Defendants should not be held in contempt for violating the Court's preliminary injunction order.  At the hearing, the Court will consider granting sanctions against Defendants.

IT IS SO ORDERED.

Dated: 6/24/2014

CLAUDIA WILKEN
United States District Judge

2