IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>FATIMA/ZAHRA INC.,<br><br>            Defendant.<br>_____/ | No. C-14-02337-CW (DMR)<br><br>**ORDER RE: SUBMISSION FOR FOLLOW-UP TELEPHONIC SETTLEMENT CONFERENCE** |

The court scheduled a "lawyers only" follow-up telephonic settlement conference for September 18, 2014 at 2:00 p.m.  If the parties have encountered any disputes in drafting the document that embodies the settlement in principle reached during the September 5, 2014 settlement conference, the parties shall email a copy of the draft document, clearly indicating the parties' positions on all disputed issues, to dmrchambers@cand.uscourts.gov **by no later than 10:00 a.m. on September 18, 2014.**

Dated:   September 17, 2014

_____
DONNA M. RYU
United States Magistrate Judge