# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL CONFERENCE MINUTE ORDER

**CASE NO.  C 14-02337-CW (DMR)**

**CASE NAME:  THOMAS E. PEREZ v. FATIMA/ZAHRA INC., ET AL**

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY:  Ivy Garcia** |
| **DATE**: October 10, 2014   **TIME: 0.5 Hrs.** | **FTR**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Laura Bremer | **COUNSEL FOR DEFENDANTS:**<br>Framta Saechao |

## PROCEEDINGS

[X]   FURTHER TELEPHONIC SETTLEMENT CONFERENCE HELD

RESULTS:  Further telephonic settlement proceedings.  Matter fully settled.  Parties anticipate that they will file a proposed consent judgment by October 17, 2014.

cc:   Chambers; Nikki Riley (CRD of Judge C. Wilken)