EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address)*
☒ Recording requested by and return to:
LAURA TRIZUTO, Paralegal for LAURA BREMER, ESQ.
US DEPT OF LABOR, OFC. OF THE SOLICITOR
90 7TH ST, STE 3700
SAN FRANCISCO CA 94103

**PHONE NUMBER**
415-625-7766

☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

| | |
|---|---|
| NAME OF COURT: | U.S. DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION |
| STREET ADDRESS: | 1301 Clay Street, Suite 400S |
| MAILING ADDRESS: | 1301 Clay Street, Suite 400S |
| CITY, STATE, ZIP: | Oakland, CA 94612 |
| PHONE NUMBER: | 510-879-3600 |

FOR RECORDER'S USE ONLY

PLAINTIFF: THOMAS E. PEREZ, Secretary of the US Dept. of Labor
DEFENDANT: Fatima/Zahra, Inc., d/b/a Lake Alhambra Assisted Living Center, Mehrangiz Sarkeshik, and Abolfazl Sarkeshik

## ABSTRACT OF JUDGEMENT      ☐ Amended      CASE NUMBER: 14-cv-02337-CW

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      **Name and last known address**

      ```
      FATIMA/ZAHRA, INC. D/B/A
      LAKE ALHAMBRA ASSISTED LIVING CENTER
      825 EAST 18TH STREET
      ANTIOCH, CA 94509-2868
      ```

   b. Driver's license # and state: _____ ☒ Unknown
   c. Social Security #: _____ ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
   e. ☐ Original abstract recorded in this county:
      (a) Date: _____
      (b) Instrument #: _____
   f. ✗ Information on additional judgment debtors is shown on page two.

Date: November 6, 2014   LAURA TRIZUTO
(TYPE OR PRINT NAME)

▶ *Laura Trizuto*
(SIGNATURE OF APPLICANT OR ATTORNEY)

2a. ☒ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

3. Judgment creditor *(name and address)*:
   THOMAS E. PEREZ, Secretary of Labor, USDOL
   address same as above-captioned judgment creditor

Judgment debtor *(full name as it appears in judgment)*:
Fatima/Zahra, Inc., d/b/a Lake Alhambra Assisted Living Center, Mehrangiz Sarkeshik, and Abolfazl Sarkeshik

   a. Judgment entered on *(date)*: 10/21/2014
   b. Renewal entered on *(date)*: _____

6. Total amount of judgment as entered or last renewed: $330,000

7. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
   a. ☐ Amount $: _____
   b. ☐ In favor of *(name and address)*: _____

8. A stay of enforcement has:
   a. ☒ not been ordered by the court
   b. ☐ been ordered by the court effective until *(date)*: _____

9. ☒ This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
**NOV - 6 2014**

**CYNTHIA LENAHAN**
Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480
674, 700.190

American LegalNet, Inc.
www.USCourtForms.com